# Exhibit A

AMERICAN ARBITRATION ASSOCIATION
CONSTRUCTION INDUSTRY ARBITRATION TRIBUNAL

TIMBERLINE CONSTRUCTION, INC. and
HIGH VOLTAGE, INC.

      Claimants,                          Case No.: 01-17-0001-9546

v.

SAYERS CONSTRUCTION, LLC

      Respondent.

_____/

## **FINAL ARBITRATION AWARD**

I, THE UNDERSIGNED ARBITRATOR, having been designated in accordance with the arbitration agreement entered into by the above-named parties and dated March 2, 2016, and having been duly sworn, and having evaluated and determined the relevance, materiality, credibility and value of the evidence offered, and giving due weight to the conflicting evidence, I conducted the Final Hearings in this matter commencing on January 9, 2019 and completing on January 18, 2019, entering a Reasoned Interim Arbitration Award on February 25, 2019, and Second Reasoned Interim Arbitration Award on May 15, 2019 and, hereby make this FINAL ARBITRATION AWARD as follows:

1.     Claimant's moved for reconsideration and modification of the Second Interim Award relating to prevailing party fees, costs and expenses in the amount of $406,718.77, and

1

withdrew that motion on May 31, 2019, and, therefore, no changes have been requested or are required to the Second Interim Award.

2.     The Arbitrator reserved jurisdiction in the Reasoned Interim Arbitration Award, regarding one disputed Work Order, W06700895, for which Claimants claimed a total of $433,395.60. Claimants withdrew their payment claim on this Work Order on May 31, 2019, and, with the withdraw of that Work Order, the Arbitration in this matter is CONCLUDED.

3.     No further claims or issues remain pending for final determination by the Arbitrator in this matter, except for Arbitrator fees or any additional administrative costs of the American Arbitration Association.

4.     The Reasoned Interim Arbitration Award and the Second Interim Arbitration Award are confirmed and incorporated herein with reference.

5.     Pursuant to the two referenced awards, I hereby enter a Final Award in favor of Timberline Construction, Inc. and High Voltage, Inc., jointly and severally, and against Sayers Construction, LLC as follows:

2

a. Sayers shall pay Timberline and High Voltage the amount of $8,548,654.40, to which post-award interest at a rate of 5.25% per annum is to be added from February 25, 2019, until satisfied;

b. Sayers shall pay Timberline and High Voltage, Inc. the following additional amounts:

    i. Costs in the amount of $20,699.88;

    ii. Attorneys' fees in the amount of $855,503.50;

    iii. Paralegal fees in the amount of $75,118.20;

totaling $951,321.58, with interest at the rate of 5.25% per annum from May 15, 2019, until satisfied.

c. Sayers shall pay the administrative fees of the American Arbitration Association in the amount of $29,400.00 and the compensation and expenses of the Arbitrator totaling $78,341.23 incurred through the date of the Reasoned Interim Arbitration Award. With deposits previously made, Sayers shall pay Timberline/HVI the amount of $53,870.62, for which

3

interest will accrue at the rate of 5.25% per annum from February 25, 2019, until satisfied;

d. Compensation incurred by the Arbitrator since the issuance of the Reasoned Interim Arbitration Award on February 25, 2019, in the amount of $7,200.00, will be split equally between the Parties.

This FINAL AWARD is in full disposition of all claims and counterclaims submitted to the Arbitrator in these proceedings. Any issue, claim or counterclaim not specifically addressed herein is deemed denied.

IT IS SO ORDERED.

Dated this 13th day of June 2019.

John S. Vento, Arbitrator
American Arbitration Association

4